IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN F. GREEN,

    Plaintiff,               No. CIV S-06-0029 LKK KJM P

    vs.

RICK HUGLS,

    Defendants, et al.,         <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief under 42 U.S.C. § 1983.

        On March 6, 2006, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. <u>See</u> 28 U.S.C. § 1915. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied.

////

////

////

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's March 6, 2006 motion
2 for leave to amend is denied.
3 DATED: April 25, 2006.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] gree0029.10b