1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN F. GREEN,

        Plaintiff,            No. CIV S-06-0029 LKK KJM P

   vs.

RICK HUGLS, et al.,

        Defendants.

_____/     <u>ORDER</u>

        Plaintiff is a California civil detainee proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        The complaint states cognizable Fourteenth Amendment claims pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915(e)(2) against defendants Hugls, Board of Supervisors for Solano County and Williams.  The court will order service of process upon these defendants. With respect to the other claims and defendants identified in plaintiff's complaint, plaintiff's complaint fails to state a claim upon which relief can be granted.

1	In accordance with the above, IT IS HEREBY ORDERED that:

2	1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

3	2.  Service is appropriate for the following defendants:  Hugls, Board of

4	Supervisors for Solano County and Williams.

5	3.  The Clerk of the Court shall send plaintiff three USM-285 forms, one

6	summons, an instruction sheet and a copy of the complaint filed August 3, 2005.

7	4.  Within thirty days from the date of this order, plaintiff shall complete the

8	attached Notice of Submission of Documents and submit the following documents to the court:

9	    a.  The completed Notice of Submission of Documents;

10	    b.  One completed summons;

11	    c.  One completed USM-285 form for each defendant listed in number 2

12	    above; and

13	    d.  Four copies of the endorsed complaint filed August 3, 2005.

14	5.  Plaintiff need not attempt service on defendants and need not request waiver of

15	service.  Upon receipt of the above-described documents, the court will direct the United States

16	Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

17	without payment of costs.

18	DATED:  April 24, 2007.

19	_____
U.S. MAGISTRATE JUDGE

---

1
gree0029.1(1.6.06)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN F. GREEN,

      Plaintiff,                             No. CIV S-06-0029 LKK KJM P

    vs.

RICK HUGLS, et al.,                     <u>NOTICE OF SUBMISSION</u>

      Defendants.                         <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          ____     completed summons form

          ____     completed USM-285 forms

          ____     copies of the _____
                                      Complaint

DATED:

                                          _____
                                          Plaintiff